# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE RAYMOND SMITH, | CASE NO. 1:08-cv-01817-DLB PC |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION |
| v. | (Doc. 10) |
| S. TALLERICO,  et al., | ORDER VACATING COURT'S MARCH 24, 2009 ORDER |
| Defendants. | (Doc. 7) |

Claude Raymond Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on November 26, 2008.  (Doc. 1.)

On March 24, 2009, the Court had issued an order requiring Plaintiff to either file an amended complaint or notify the court of willingness to proceed only on claims found to be cognizable.  (Doc. 7.)  On May 19, 2009, Plaintiff filed a motion seeking clarification regarding the Court's March 24, 2009 order.  (Doc. 10.)

Plaintiff seeks clarification of several issues.  Rather than address Plaintiff's concerns in a piecemeal form, the Court will issue a new screening order to address Plaintiff's motion and consolidate the Court's findings in one document.

Accordingly, the Court HEREBY VACATES the Court's March 24, 2009 order.  The Court will issue a new screening order concurrently with this order.

IT IS SO ORDERED.

Dated:   **June 19, 2009**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1