# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE RAYMOND SMITH, | CASE NO.: 1:08-cv-01817-DLB (PC) |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| S. TALLERICO, et al., | (Doc. 13) |
| Defendants. | |

Plaintiff Claude Raymond Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his first amended complaint on July 27, 2009.  The Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendant C. Boyer for violation of the Eighth Amendment, defendants C. Rodriguez and G. Rangel for retaliation in violation of the First Amendment, and defendants J. Gerfen and P. DeOchoa for deprivation of property in violation of the Due Process Clause of the Fourteenth Amendment.[1]

---

[1] By order issued concurrently, the Court dismissed Defendants S. Tallerico, J. P. Cordova, W. Hense, S. S. Freitas, D. G. Stockman, B. Johnson, V. Hayse-Lloren, and J. Jones for failure to state a claim upon which relief may be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant

    C. Boyer

    C. Rodriguez

    G. Rangel

    J. Gerfen

    P. DeOchoa

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed July 27, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for the defendants listed above; and

    c. six (6) copies of the endorsed first amended complaint filed July 27, 2009.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **November 12, 2009**              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE