1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6 | CLAUDE RAYMOND SMITH,

CASE NO. 1:08-CV-01817-DLB PC

7 |                           Plaintiff,

ORDER SETTING TELEPHONIC
SCHEDULING CONFERENCE

8 |      v.

(DOC. 30)

9 | S. TALLERICO, et al.,

Scheduling Conference: **January 28, 2011** at
**10 a.m.** in Courtroom 9 before the Honorable
Dennis L. Beck (DLB)

10 |                           Defendants.

11 | _____/

12      Plaintiff Claude Raymond Smith ("Plaintiff") is a prisoner in the custody of the California

13 Department of Corrections and Rehabilitation ("CDCR").  This action is proceeding on

14 Plaintiff's first amended complaint against Defendant C. Boyer for violation of the Eighth

15 Amendment.  On December 21, 2010, Defendant C. Boyer filed an answer.

16      Pursuant to Federal Rule of Civil Procedure 16, the Court will set this matter for a

17 scheduling conference.  During the scheduling conference, the parties should be prepared to

18 discuss, *inter alia*, any initial discovery, the discovery cut-off date, the deadline for filing

19 amended pleadings, and the dispositive motion deadline.

20      Based on the foregoing, it is HEREBY ORDERED that:

21      1.      This matter is set for telephonic scheduling conference on **January 28, 2011** at

22              **10:00 a.m.** in Courtroom 9 before the Honorable Dennis L. Beck; and

23      2.      Counsel for Defendant is required to arrange for the participation of Plaintiff in

24              the telephonic scheduling conference and to initiate the telephonic hearing at

25              **(559) 499-5670**.

26      IT IS SO ORDERED.

27   **Dated:   January 12, 2011**              _____ **/s/ Dennis L. Beck** _____
                                               UNITED STATES MAGISTRATE JUDGE

28