# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE RAYMOND SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>S. TALLERICO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-CV-01817-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND SETTING NEW TELEPHONIC CONFERENCE DATE<br><br>(DOC. 41)<br><br>Telephonic Conference: 7/7/2011 at 9:30 a.m. in Courtroom 9 (DLB) |

Plaintiff Claude Raymond Smith ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. This action is proceeding against Defendant C. Boyer for violation of the Eighth Amendment. The Court had sent this matter for telephonic status conference on June 2, 2011. Doc. 36. The parties were to exchange proposed witness and document lists by May 16, 2011. Pending before the Court is Plaintiff's motion, filed May 17, 2011, to extend time to exchange the witness and documents list, and to move the telephonic conference date. Doc. 41. Defendant did not respond to Plaintiff's motion.

Plaintiff contends that he will be unable to meet the deadline, as he is currently having some difficulty viewing his medical records and obtaining the correct documents. Plaintiff requests an extension of time.

Good cause appearing, it is HEREBY ORDERED that

1. Plaintiff's motion for extension of time, filed May 17, 2011, is GRANTED;

2. Plaintiff is granted up to and including **June 27, 2011**, in which to exchange his

1

list of potential witnesses and documents;

3. The telephonic conference set for June 2, 2011 is vacated;

4. The new telephonic conference is set for **July 7, 2011 at 9:30 a.m. in Courtroom 9** before the undersigned; and

5. Defendant's counsel is to arrange for the participation of Plaintiff in the telephonic conference and to initiate the telephonic conference at **(559) 499-5670**.

IT IS SO ORDERED.

Dated: **May 27, 2011**         /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE